**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PREMIUM ASSIGNMENT CORPORATION<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES | FILED: JUNE 11, 2008<br>08CV3367<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH

PREMIUM ASSIGNMENT CORPORATION

| NAME (Type or print) |
|---|
| Vilan Odekar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Vilan Odekar |
| FIRM |
| Quarles & Brady LLP |
| STREET ADDRESS |
| 500 W. Madison St., 37th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6293496 | (312) 715-5000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐