IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PREMIUM ASSIGNMENT CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br>FILED: JUNE 11, 2008<br>08CV3367<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN<br><br>PH |

**CORPORATE DISCLOSURE STATEMENT FOR
<u>PLAINTIFF PREMIUM ASSIGNMENT CORPORATION</u>**

The undersigned, counsel of record for Plaintiff, PREMIUM ASSIGNMENT CORPORATION, furnishes the following Corporate Disclosure Statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of this Court:

The parent corporation of Premium Assignment Corporation is SunTrust Bank, a Georgia Chartered State Bank.  Premium Assignment Corporation further states that no publicly-held entities have any interest in Premium Assignment Corporation.

                                        Respectfully submitted,

                                        PREMIUM ASSIGNMENT CORPORATION


                                        By:    /s/  Vilan Odekar
                                               One of Its Attorneys

John Collen (ARDC # 3127874)
jcollen@quarles.com
Vilan Odekar (ARDC #6293496)
vodekar@quarles.com
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000; (312) 715-5155 (fax)

QBACTIVE\6285749.1