## United States District Court for the Northern District of Illinois

Case Number: 08CV3367　　　　　　Assigned/Issued By: DAJ

Judge Name: 　　　　　　　　　　　Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons　　　　　　　　　　　　☑ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　 ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons　　_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
　　　　(Type of Writ)

_1_ Original and _0_ copies on _06/24/08_ as to _AMERICAN INTERNATIONAL_
　　　　　　　　　　　　　　　　(Date)
_SPECIALTY LINES._

---

C:\wpwin80\docket\feeinfo.frm　　03/14/05