AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

PREMIUM ASSIGNMENT CORPORATION,

        Plaintiff,

V.

AMERICAN INTERNATIONAL SPECIALTY LINES,

        Defendant.

CASE NUMBER: 08CV3367

ASSIGNED JUDGE: Judge Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Judge Nolan

TO: (Name and address of Defendant)

American International Specialty Lines
c/o any Officer or Director
300 S. Riverside Plaza, Suite 2100
Chicago, IL 60606-6613

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Collen
Quarles & Brady LLP
500 West Madison Street
Suite 3700
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

June 24, 2008
_____
Date

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**Premium Assignment Corporation ,**

        Plaintiff(s),  
vs.

**American International Specialty Lines ,**

        Defendant(s).

Case No.: 08 CV 3367

**AFFIDAVIT OF SERVICE**

---

I, Jason P. Bobor, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2-202(a). Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On June 26, 2008 at 3:30 PM, I served the within Summons in a Civil Case; Complaint on American International Specialty Lines in the following manner:

**Corporate Service:** By leaving a copy of the Summons in a Civil Case; Complaint with Erin Unhock, Human Resources Department, an officer or agent of American International Specialty Lines .

Service was effected at 300 S Riverside Plaza Suite 2100, Chicago, IL 60606.

Erin Unhock is described as follows:

Sex: Female - Race: Caucasian - Approximate Age: 40

X _____  
Jason P. Bobor  
License(s): Process Server

Signed and sworn to before me on  
this 22nd day of July, 2008.

_____  
NotaryPublic

OFFICIAL SEAL  
RUTH M LIDECKA  
Notary Public - State of Illinois  
My Commission Expires Mar 28, 2012

All American Attorney Services  
1042 Maple Ave, Suite 150  
Lisle, IL 60531  
(877) 644-3214

**1807**