**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PREMIUM ASSIGNMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 3367 |
| v. | ) ) | Judge Der-Yeghiayan |
| AMERICAN INTERNATIONAL SPECIALTY LINES, | ) ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) | |

**NOTICE OF DISMISSAL**

Plaintiff, Premium Assignment Corporation, by and through its attorneys, Quarles & Brady LLP, hereby dismisses this action without prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(i). Plaintiff hereby certifies that no Answer or Motion for Summary Judgment has been filed by any adverse party.

Dated: August 4, 2008

Respectfully submitted,

PREMIUM ASSIGNMENT CORPORATION

By:  /s/  Jacquelyn T. Pinnell
       One of Its Attorneys

John Collen (ARDC # 3127874)
jcollen@quarles.com
Jacquelyn T. Pinnell (ARDC # 6287098)
jpinnell@quarles.com
Vilan Odekar (ARDC # 6293496)
vodekar@quarles.com
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000; (312) 715-5155 (fax)

QBACTIVE\6420630.1